Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org

*Attorney for Petitioner Abel Arellanes Rodriguez[1]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Abel Arellanes Rodriguez

        Petitioner,

    v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00672-APG-NJK

**Stipulation to Extend Time to File Amended Petition (First Request)**

        Petitioner Abel Arellanes Rodriguez and Respondents Pamela Bondi, et al. through undersigned counsel, hereby submit this Stipulation for an extension of time of 7 days for Petitioner to file an amended writ of habeas corpus, moving the deadline to April 8, 2026.

        This extension is warranted because counsel for Rodriguez was provided with the relevant immigration court documents on April 1, 2026, the day the amended petition was to be filed. As such, counsel requires additional time to review the new

---

[1] The Appointment Order incorrectly states that Petitioner's name is Arellanes Rodriquez Abel; however, the correct name for Petitioner is Abel Arellanes Rodrquez, which is noted in the caption of this pleading.

materials, meet with Rodriguez again, and conduct further research in order to draft an amended petition.

Currently, the amended petition is due on April 1, 2026. This is the first stipulation for an extension of time for the amended petition. If this Court grants this extension, the amended petition would due on April 8, 2026, and Respondents' answer would be due on April 22, 2026, according to the Appointment Order.[2]

On April 1, 2026, counsel for Respondents, Assistant United States Attorney Tamer B. Botros, stated that he consented to this 7-day extension to file the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Rodriquez to file an amended petition to April 8, 2026, and the deadline for Respondents' answer to April 22, 2026. This request is made in good faith and not for the purpose of delay.

---

[2] ECF No. 3

Respectfully submitted this 1st day of April 2026.

TODD BLANCHE                              RENE L. VALLADARES
Deputy Attorney General of the           Federal Public Defender
United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Tamer Botros*                        /s/ *Ebise Bayisa*
Tamer Botros                             Ebise Bayisa
Assistant United States Attorney         Assistant Federal Public
                                         Defender


IT IS SO ORDERED:

Dated:  April 2, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3